1 | **JENNIFER L. COON**
California State Bar No. 203913
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101
Telephone: (619) 234-8467
4 | Email: jennifer_coon@fd.org

5 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LEO S. PAPAS)

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1729 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| REYNALDO ROJAS-SANCHEZ, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance replacing Linda Lopez as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: June 27, 2008              /s/ JENNIFER L. COON
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Defendant
                                  jennifer_coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

Dated: June 27, 2008            /s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)